**Order entered April 18, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00430-CV

### IN RE MICHAEL DWAYNE WILLIAMS, Relator

**Original Proceeding from the County Criminal Court No. 10**
**Dallas County, Texas**
**Trial Court Cause No. MA8359627**

## ORDER
Before Justices Myers, Molberg, and Nowell

Before the Court is relator's petition for writ of mandamus, which was dated April 4, 2019 and filed April 11, 2019. We request that the real party in interest and respondent file their responses, if any, to the petition **by May 2, 2019**.

/s/    ERIN A. NOWELL
        JUSTICE